| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:00CR00186-01 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:14CR636 (SDW) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| James Gray | West Virginia Southern | Charleston |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Charles H. Haden, II | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/23/2014 | TO 05/22/2017 |

OFFENSE

18 U.S.C. §§ 924(a)(1)(A) and 2: Aiding and abetting in making a false statement on the acquisition of a firearm

18 U.S.C. § 924(n): Interstate travel with the intent to deal in firearms without a license

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __SOUTHERN__ DISTRICT __WEST VIRGINIA__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of New Jersey__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 6, 2014
Date

*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF __NEW JERSEY__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Oct 23 2014
Effective Date

*United States District Judge*