PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: James Gray　　　　　　　　　　　　　　　　　　Cr.: 14-00636-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 27208

Name of Judicial Officer:　　　THE HONORABLE SUSAN D. WIGENTON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/22/2001 (SD/WV)

Original Offense: Aiding and Abetting in Making a False Statement in the Acquisition of a Firearm; Interstate Travel with the Intent to Deal in Firearms without a License

Original Sentence: 180 months custody, 5 years supervised release, $200 total special assessment, $10,000 fine

Special Conditions: Drug testing/treatment

Type of Supervision: Supervised Release　　　　　　　Date Supervision Commenced: 05/23/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | During a home visit on May 28, 2014, Gray submitted a urine specimen which tested positive for marijuana. He admitted using marijuana on May 27, 2014. |
| | During an office visit on July 8, 2014, Gray submitted a urine specimen which tested positive for marijuana. He admitted ingesting a "pot brownie" on July 4, 2014. |

U.S. Probation Officer Action:

The probation office has increased its frequency of contact/urine testing with the offender. We will immediately notify the Court of any additional instances of noncompliance.

Respectfully submitted,

*Maureen Kelly*

By: Anthony J Nisi
　　U.S. Probation Officer
Date: 02/18/2015

Prob 12A – page 2
James Gray

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other: Probation to present this document to the offender as a formal judicial reprimand issued under the authority of the Court.

_____
Signature of Judicial Officer

February, 2015
Date